## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Yahaida Acosta-Felix**; DOB: 1986; United States<br>**Erick Lopez**; DOB: 1979; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07090MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about January 8, 2026, in the District of Arizona, **Yahaida Acosta-Felix** and **Erick Lopez,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport a certain illegal alien, Antonio Maximiliano Martin, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On January 8, 2026, in the District of Arizona (Nogales), Border Patrol Agents (BPAs) assigned to the DISRUPT Unit were conducting surveillance near Holy Cross Hospital on West Target Range Road in Nogales, Arizona. The DISRUPT Unit consists of BPAs in plain clothes driving unmarked vehicles conducting covert surveillance operations to gather information and intelligence on smuggling organizations. Holy Cross Hospital is located approximately one-half mile from the border and is a common staging and transportation area for illegal aliens. At approximately 1:00 p.m., BPAs observed an individual, later identified as Antonio Maximiliano Martin, exit the brush with dirt and mud on his clothing. Illegal aliens commonly crawl and hide in the brush to avoid public view and law enforcement detection. Antonio Maximiliano Martin was observed using his cellphone which is commonly seen in transportation coordination efforts. Antonio Maximiliano Martin walked from the brush area of Holy Cross Hospital to West Target Range Road where he entered the rear passenger seat of a taxi that had stopped to pick him up. BPAs followed the taxi to a known layup location on Papa Court in Rio Rico, Arizona. The taxi dropped off Antonio Maximiliano Martin and he entered and hid in the brush. Smuggling organizations use Papa Court as a layup location due to its residential layout and quick access to Interstate 19 and State Route 82, which are common smuggling routes. At approximately 3:40 p.m., BPAs observed a gray 2021 Dodge Challenger bearing Arizona license plate ELA46V arrive on Papa Court. Antonio Maximiliano Martin then exited the brush and entered the Dodge. The Dodge travelled east on Calabasas Road before turning south on West Frontage Road, west on Paseo de Yucatan, and then onto Via San Potosi. BPAs in a marked service vehicle initiated a vehicle stop on the Dodge as it pulled into a residence on Via San Potosi. As the Dodge stopped in the driveway, an individual, identified as **Erick Lopez**, exited the garage and told BPAs "He needs water, look at him", referring to Antonio Maximiliano Martin. BPAs performed an immigration inspection on Antonio Maximiliano Martin and determined him to be a citizen of Mexico illegally present in the United States. Record checks revealed that Antonio Maximiliano Martin does not possess the proper documentation to enter, pass through, or remain in the United States legally. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Antonio Maximiliano Martin

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1]) *Jacqueline M. Rateau* | DATE<br>January 9, 2026 |
|---|---|

[1]) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 5

Reviewing AUSA: Enderle

**Continued from front page.**                                     26-07090MJ

The driver of the Dodge, identified as **Yahaida Acosta-Felix**, and **Lopez** were determined to be United States citizens. Records checks revealed that **Lopez** had two previous encounters with Border Patrol in 2022 for events related to alien smuggling. After **Acosta-Felix** consented to a search of her phone, BPAs discovered that she was on a call with **Lopez** at the same time she was observed picking up Antonio Maximiliano Martin from the brush on Papa Court.

Material witness Antonio Maximiliano Martin stated that he is a citizen of Mexico and that he was unsure of the amount of money he was going to have to pay to be smuggled into the United States.   He crossed the border by jumping the International Boundary Fence and was told to by the smugglers to hide in the brush.   He was near a highway when he saw a taxi drive by, so he asked him for a ride.   The taxi dropped him off in the brush and he did not know where he was.   Martin got out of the brush and began walking before asking a female in a gray car to take him to another location to get a ride with another taxi.   Martin sat in the front passenger seat and described the driver as a female who was wearing black clothing.   The driver was not on the phone and did not talk to him while he was in the vehicle. After Martin consented to a search of his phone, BPAs discovered that his phone contained coordinates for Papa Court. BPAs also observed a recording on Martin's phone showing Martin hiding in the brush.